Educational Testing Service
Velocity Technology Solutions, Inc, 1901 Roxborough Road 4th Floor
Charlotte, NC 28211
(855) 827-5387

Stephanie T Fryer
PO Box 871
Lansdowne, PA 19050

Pay Group: RDR-Reader Pay Group
Pay Begin Date: 03/13/2021
Pay End Date: 03/26/2021

Employee ID:
Department: 3026-Scoring and Reporting Ops
Location: Readers - NJ
Job Title: Readers
Pay Rate: $0.000000 Hourly

Business Unit: RDRS1
Advice #: 000000020706507
Advice Date: 04/02/2021

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 2 | N/A |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Pay Period Begin Date | End Date | Rate | Current Hours/Units | Earnings | YTD Hours/Units | YTD Earnings |
|---|---|---|---|---|---|---|---|
| TOEFL Reading | 03/13/2021 | 03/19/2021 | 15.000000 | 12.00 | 180.00 | 166.50 | 2,497.50 |
| Tst of English Int'l Comm | 03/13/2021 | 03/19/2021 | 15.000000 | 21.25 | 318.75 | 138.00 | 2,070.00 |
| TOEFL Reading | 03/20/2021 | 03/26/2021 | 15.000000 | 8.00 | 120.00 | 0.00 | 0.00 |
| Tst of English Int'l Comm | 03/20/2021 | 03/26/2021 | 15.000000 | 8.00 | 120.00 | 0.00 | 0.00 |
| ELPAC Program | | | | 0.00 | 0.00 | 16.00 | 208.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 26.18 | 143.71 |
| Fed MED/EE | 10.71 | 69.24 |
| Fed OASDI/EE | 45.80 | 296.08 |
| PA Unempl EE | 0.45 | 2.87 |
| PA Withholdng | 22.68 | 146.61 |

| TOTAL: | | | | 49.25 | 738.75 | 320.50 | 4,775.50 | TOTAL: | 105.82 | 658.51 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | *TAXABLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 738.75 | 738.75 | 105.82 | 0.00 | 632.93 |
| YTD | 4,775.50 | 4,775.50 | 658.51 | 0.00 | 4,116.99 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000020706507 | Checking | XXXXXX2372 | 632.93 |
| TOTAL: | | | 632.93 |

MESSAGE:

**Educational Testing Service**
Velocity Technology Solutions, Inc, 1901 Roxborough Road 4th Floor
Charlotte, NC 28211
(855) 827-5387

| Pay Group: | RDR-Reader Pay Group |
|---|---|
| Pay Begin Date: | 03/27/2021 |
| Pay End Date: | 04/09/2021 |

| Business Unit: | RDRS1 |
|---|---|
| Advice #: | 000000020708653 |
| Advice Date: | 04/16/2021 |

Stephanie T Fryer
PO Box 871
Lansdowne, PA 19050

| Employee ID: | |
|---|---|
| Department: | 3026-Scoring and Reporting Ops |
| Location: | Readers - NJ |
| Job Title: | Readers |
| Pay Rate: | $0.000000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 2 | N/A |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Hours/Units | Earnings | Hours/Units YTD | Earnings YTD |
|---|---|---|---|---|---|---|---|
| TOEFL Reading | 03/27/2021 | 04/02/2021 | 15.000000 | 16.00 | 240.00 | 194.50 | 2,917.50 |
| Tst of English Int'l Comm | 03/27/2021 | 04/02/2021 | 15.000000 | 12.00 | 180.00 | 150.00 | 2,250.00 |
| TOEFL Reading | 04/03/2021 | 04/09/2021 | 15.000000 | 12.00 | 180.00 | 0.00 | 0.00 |
| ELPAC Program | | | | 0.00 | 0.00 | 16.00 | 208.00 |
| **TOTAL:** | | | | **40.00** | **600.00** | **360.50** | **5,375.50** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 11.73 | 155.44 |
| Fed MED/EE | 8.70 | 77.94 |
| Fed OASDI/EE | 37.20 | 333.28 |
| PA Unempl EE | 0.36 | 3.23 |
| PA Withholdng | 18.42 | 165.03 |
| **TOTAL:** | **76.41** | **734.92** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | *TAXABLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 600.00 | 600.00 | 76.41 | 0.00 | 523.59 |
| YTD | 5,375.50 | 5,375.50 | 734.92 | 0.00 | 4,640.58 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000020708653 | Checking | XXXXXX2372 | 523.59 |
| **TOTAL:** | | | **523.59** |

MESSAGE:

| Educational Testing Service<br>Velocity Technology Solutions,Inc. 1901 Roxborough Road 4th Floor<br>Charlotte, NC 28211<br>(855) 827-5387 | Pay Group: RDR-Reader Pay Group<br>Pay Begin Date: 04/10/2021<br>Pay End Date: 04/23/2021 | Business Unit: RDRS1<br>Advice #: 000000020711271<br>Advice Date: 04/30/2021 | |
|---|---|---|---|
| Stephanie T Fryer<br>PO Box 871<br>Lansdowne, PA 19050 | Employee ID:<br>Department: 3026-Scoring and Reporting Ops<br>Location: Readers - NJ<br>Job Title: Readers<br>Pay Rate: $0.000000 Hourly | TAX DATA:  Federal  PA State<br>Marital Status: Single Single<br>Allowances: 2 N/A<br>Addl. Percent:<br>Addl. Amount: | |

### HOURS AND EARNINGS

| Description | Pay Period Begin Date | End Date | Rate | Current Hours/Units | Earnings | YTD Hours/Units | Earnings |
|---|---|---|---|---|---|---|---|
| TOEFL Reading | 04/10/2021 | 04/16/2021 | 15.000000 | 16.75 | 251.25 | 229.25 | 3,438.75 |
| Tst of English Int'l Comm | 04/10/2021 | 04/16/2021 | 15.000000 | 9.25 | 138.75 | 167.25 | 2,508.75 |
| TOEFL Reading | 04/17/2021 | 04/23/2021 | 15.000000 | 18.00 | 270.00 | | 0.00 |
| Tst of English Int'l Comm | 04/17/2021 | 04/23/2021 | 15.000000 | 8.00 | 120.00 | | 0.00 |
| ELPAC Program | | | | | 0.00 | 16.00 | 208.00 |
| **TOTAL:** | | | | **52.00** | **780.00** | **412.50** | **6,155.50** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 29.73 | 185.17 |
| Fed MED/EE | 11.31 | 89.25 |
| Fed OASDI/EE | 48.36 | 381.64 |
| PA Unempl EE | 0.46 | 3.69 |
| PA Withholdng | 23.95 | 188.98 |
| **TOTAL:** | **113.81** | **848.73** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | *TAXABLE | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 780.00 | 780.00 | 113.81 | 0.00 | 666.19 |
| YTD | 6,155.50 | 6,155.50 | 848.73 | 0.00 | 5,306.77 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000020711271 | Checking | XXXXXX2372 | 666.19 |
| TOTAL: | | | 666.19 |

MESSAGE: