**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephanie T. Fryer aka Stephanie Fryer        CHAPTER 13
Henriques

             Debtor(s)        BKY. NO. 21-11319 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

        Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
20 May 2021, 16:59:07, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322