| Educational Testing Service<br>Velocity Technology Solutions,Inc, 1901 Roxborough Road 4th Floor<br>Charlotte, NC 28211<br>(855) 827-5387 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | RDR-Reader Pay Group<br>02/13/2021<br>02/26/2021 | | Business Unit:<br>Advice #:<br>Advice Date: | RDRS1<br>000000020703565<br>03/05/2021 | |
|---|---|---|---|---|---|---|---|
| Stephanie T Fryer<br>PO Box 871<br>Lansdowne, PA  19050 | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | [redacted]<br>3026-Scoring and Reporting Ops<br>Readers - NJ<br>Readers<br>$0.000000 Hourly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | | Federal<br>Single<br>2 | PA State<br>Single<br>N/A |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours/Units | Earnings | Hours/Units | Earnings | Description | Current | YTD |
| TOEFL Reading | 02/13/2021 | 02/19/2021 | 15.000000 | 8.00 | 120.00 | 118.50 | 1,777.50 | Fed Withholdng | 6.31 | 87.22 |
| Tst of English Int'l Comm | 02/13/2021 | 02/19/2021 | 15.000000 | 4.00 | 60.00 | 84.75 | 1,271.25 | Fed MED/EE | 7.83 | 47.22 |
| TOEFL Reading | 02/20/2021 | 02/26/2021 | 15.000000 | 16.00 | 240.00 | | 0.00 | Fed OASDI/EE | 33.48 | 201.92 |
| Tst of English Int'l Comm | 02/20/2021 | 02/26/2021 | 15.000000 | 8.00 | 120.00 | | 0.00 | PA Unempl EE | 0.32 | 1.95 |
| ELPAC Program | | | | | 0.00 | 16.00 | 208.00 | PA Withholdng | 16.58 | 99.98 |
| TOTAL: | | | | 36.00 | 540.00 | 219.25 | 3,256.75 | TOTAL: | 64.52 | 438.29 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 0.00 | 0.00 | *TAXABLE | *TAXABLE | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 540.00 | 540.00 | 64.52 | 0.00 | 475.48 |
| YTD | 3,256.75 | 3,256.75 | 438.29 | 0.00 | 2,818.46 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000020703565 | Checking | XXXXXX2372 | 475.48 |
| TOTAL: | | | 475.48 |

MESSAGE:

| Educational Testing Service<br>Velocity Technology Solutions, Inc, 1901 Roxborough Road 4th Floor<br>Charlotte, NC 28211<br>(855) 827-5387 | Pay Group: RDR-Reader Pay Group<br>Pay Begin Date: 02/27/2021<br>Pay End Date: 03/12/2021 | Business Unit: RDRS1<br>Advice #: 000000020704820<br>Advice Date: 03/19/2021 | |
|---|---|---|---|
| | | TAX DATA: Federal | PA State |
| Stephanie T Fryer<br>PO Box 871<br>Lansdowne, PA 19050 | Employee ID: XXXXXXX<br>Department: 3026-Scoring and Reporting Ops<br>Location: Readers - NJ<br>Job Title: Readers<br>Pay Rate: $0.000000 Hourly | Marital Status: Single<br>Allowances: 2<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours/Units | Earnings | Hours/Units | Earnings |
| TOEFL Reading | 02/27/2021 | 03/05/2021 | 15.000000 | 16.00 | 240.00 | 146.50 | 2,197.50 |
| Tst of English Intr'l Comm | 02/27/2021 | 03/05/2021 | 15.000000 | 8.00 | 120.00 | 108.75 | 1,631.25 |
| TOEFL Reading | 03/06/2021 | 03/12/2021 | 15.000000 | 12.00 | 180.00 | | 0.00 |
| Tst of English Intr'l Comm | 03/06/2021 | 03/12/2021 | 15.000000 | 16.00 | 240.00 | | 0.00 |
| ELPAC Program | | | | | 0.00 | 16.00 | 208.00 |
| **TOTAL:** | | | | **52.00** | **780.00** | **271.25** | **4,036.75** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 30.31 | 117.53 |
| Fed MED/EE | 11.31 | 58.53 |
| Fed OASDI/EE | 48.36 | 250.28 |
| PA Unempl EE | 0.47 | 2.42 |
| PA Withholdng | 23.95 | 123.93 |
| **TOTAL:** | **114.40** | **552.69** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | *TAXABLE | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 780.00 | 780.00 | 114.40 | 0.00 | 665.60 |
| YTD | 4,036.75 | 4,036.75 | 552.69 | 0.00 | 3,484.06 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000020704820 | Checking | XXXXXX2372 | 665.60 |
| TOTAL: | | | 665.60 |

MESSAGE:

| Educational Testing Service<br>Velocity Technology Solutions, Inc, 1901 Roxborough Road 4th Floor<br>Charlotte, NC 28211<br>(855) 827-5387 | Pay Group: RDR-Reader Pay Group<br>Pay Begin Date: 04/24/2021<br>Pay End Date: 05/07/2021 | Business Unit: RDRS1<br>Advice #: 000000020714162<br>Advice Date: 05/14/2021 | |
|---|---|---|---|
| Stephanie T Fryer<br>PO Box 871<br>Lansdowne, PA 19050 | Employee ID: [redacted]<br>Department: 3026-Scoring and Reporting Ops<br>Location: Readers - NJ<br>Job Title: Readers<br>Pay Rate: $0.000000 Hourly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal | PA State |
| | | | Single<br>2 | Single<br>N/A |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours/Units | Earnings | Hours/Units | Earnings |
| Overtime Pay - Readers | 04/24/2021 | 04/30/2021 | 7.500000 | 1.50 | 11.25 | 1.50 | 11.25 |
| Reader Straight Time Pay | 04/24/2021 | 04/30/2021 | 15.000000 | 1.50 | 22.50 | 1.50 | 22.50 |
| TOEFL Reading | 04/24/2021 | 04/30/2021 | 15.000000 | 39.50 | 592.50 | 296.75 | 4,451.25 |
| Tst of English Intr'l Comm | 04/24/2021 | 04/30/2021 | 15.000000 | 0.50 | 7.50 | 167.75 | 2,516.25 |
| TOEFL Reading | 05/01/2021 | 05/07/2021 | 15.000000 | 28.00 | 420.00 | 0.00 | 0.00 |
| ELPAC Program | | | | 0.00 | 0.00 | 16.00 | 208.00 |
| **TOTAL:** | | | | **71.00** | **1,053.75** | **483.50** | **7,209.25** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 60.87 | 246.04 |
| Fed MED/EE | 15.28 | 104.53 |
| Fed OASDI/EE | 65.33 | 446.97 |
| PA Unempl EE | 0.64 | 4.33 |
| PA Withholdng | 32.35 | 221.33 |
| **TOTAL:** | **174.47** | **1,023.20** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | *TAXABLE | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,053.75 | 1,053.75 | 174.47 | 0.00 | 879.28 |
| YTD | 7,209.25 | 7,209.25 | 1,023.20 | 0.00 | 6,186.05 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000020714162 | Checking | XXXXXX2372 | 879.28 |
| **TOTAL:** | | | **879.28** |

MESSAGE: