# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**CONDUENT**

Conduent Commercial Solutions, LLC
1702 N Collins Blvd
Suite 280 Richardson, TX 75080
+1 888-471-2271

| Pay Statement | |
|---|---|
| Period Start Date | 05/29/2021 |
| Period End Date | 06/11/2021 |
| Pay Date | 06/18/2021 |
| Document | 54530953 |
| Net Pay | $1,019.38 |

*Click here for FEPS Detail Information In order to view this link, Internet Explorer with the Pop-up Blocker disabled is required. Only applicable to employees with data in FEPS for date range requested.

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| STEPHANIE FRYER - HENRIQUES | Employee Number | 52270797 | Pay Group | ACS002 | Federal Income Tax | T 0 |
| 116 LINCOLN AVE | Pay Frequency | Biweekly | Location | Yeadon Boro PA | PA State Income Tax (Residence) | S 0 |
| YEADON, PA 19050 | Total Hrs Worked | 80.0000 | | | PA State Income Tax (Work) | S 0 |
| USA | Total Hrs Paid | 88.0000 | BUS. UNIT | G0064C - Apple | | |
| | | | GL COMPANY | 07610A - Conduent Commercial Solut | | |
| | | | DEPARTMENT | OH5135 - Apple AHA | | |
| | | | CHECK SORT | HOM - HOM | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $14.2500 | $114.00 | $114.00 |
| Regular Pay 4 | 80.0000 | $14.2500 | $1,140.00 | $1,181.33 |

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| | | No records found | | | |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $18.18 | $18.78 |
| Federal Income Tax | $84.90 | $84.90 |
| PA State Income Tax | $38.50 | $39.77 |
| PA Unemployment Employee | $0.75 | $0.77 |
| Social Security Employee Tax | $77.75 | $80.31 |
| YEADON | $12.54 | $12.95 |
| YEADON BORO | $2.00 | $4.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| | No records found | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xx3323 | Checking | $1,019.38 |
| Total | | $1,019.38 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,254.00 | $1,254.00 | $234.62 | $0.00 | $1,019.38 |
| YTD | $1,295.33 | $1,295.33 | $241.48 | $0.00 | $1,053.85 |

Originally printed in English                                                                vsn: 20180216

*NEW JOB - FIRST PAYSTUB* (handwritten)