**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :        CHAPTER 13

Fryer, Stephanie T.                                       :

            Debtor(s)                                     :        BKY. NO.

## INCOME CONTRIBUTION AFFIDAVIT

**COMMONWEALTH/STATE OF PENNSYLVANIA**
**COUNTY OF PHILADELPHIA**

I, Katai Jean ,, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my MOTHER (specify relationship, for example - mother, father, brother, friend).

2. I contribute financial support in the amount of $800 on a monthly basis to the debtor(s).

3. The source of my income is EARNING CHASE-FINANCIAL ANALYST (for example wages from employment, self-employment, disability payments, Social Security, etcetera). The name of my employer is CHASE (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

Dated: 6/4/21                    X _Katia Jean_
                                 Katia Jean

                                 _Katia Jean_
                                 (Affiant/Contributor) Print Name

Sworn to or affirmed and subscribed to before me by _KATIA JEAN_, the Affiant/Contributor identified above, on this _4TH_ day of _JUNE_, 20_21_.

_Moses Manalang Macasieb_
Notary Public

Commonwealth of Pennsylvania-Notary Seal
MOSES MANALANG MACASIEB, NOTARY PUBLIC
DELAWARE COUNTY
MY COMMISSION EXPIRES JULY 18, 2023
COMMISSION NUMBER 1352363