Account Statement - (@Stephanie-Fryer-Henriques) - February 28th to May 31st 2021
Account Activity

| ID | Datetime | Type | Status | Note | From |
|---|---|---|---|---|---|
| | 2021-03-10T | Payment | Complete | Ms | Stephanie Fr |
| | 2021-03-14T | Payment | Complete | Laundry! üë | Britney Dorv |
| | 2021-03-14T | Payment | Complete | Laundry | Rudy Thomp |
| | 2021-03-14T | Instant Trans | Complete | | |
| | 2021-03-14T | Payment | Complete | Laundry | Lindsay Cant |
| | 2021-03-14T | Instant Trans | Complete | | |
| | 2021-03-14T | Payment | Complete | Laundry/Clea | moona khan |
| | 2021-03-14T | Instant Trans | Complete | | |
| | 2021-03-18T | Payment | Complete | Laundry/Clea | Nicole Pollar |
| | 2021-03-18T | Instant Trans | Complete | | |
| | 2021-04-15T | Payment | Complete | Laundry üë | Britney Dorv |
| | 2021-04-15T | Payment | Complete | Laundry/Clea | moona khan |
| | 2021-04-15T | Payment | Complete | Laundry Clea | Lindsay Cant |
| | 2021-04-15T | Payment | Complete | Landry from | Rudy Thomp |
| | 2021-04-17T | Payment | Complete | Laundry/clea | Rudy Thomp |
| | 2021-04-17T | Instant Trans | Complete | | |
| | 2021-04-21T | Payment | Complete | Laundry/Clea | Nicole Pollar |
| | 2021-04-21T | Instant Trans | Complete | | |
| | 2021-04-23T | Instant Trans | Complete | | |
| | 2021-05-01T | Payment | Complete | Care | Stephanie Fr |

Air bnb - Cleaning Job / laundry job

| To | Amount (total) | Amount (tip) | Amount (fee) | Funding Source | Destination | Beginning Balance |
|---|---|---|---|---|---|---|
| | | | | | | $70.00 |
| John Robinson | ($50.00) | | | | Mastercard Debit *0020 | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| | ($330.00) | | ($3.30) | | Mastercard *0020 | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| | ($130.00) | | ($1.30) | | Mastercard *0020 | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| | ($130.00) | | ($1.30) | | Mastercard *0020 | |
| Stephanie Fr | $260.00 | | | | Venmo balance | |
| | ($260.00) | | ($2.60) | | Mastercard *0020 | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| Stephanie Fr | $130.00 | | | | Venmo balance | |
| | ($520.00) | | ($5.20) | | Mastercard *0020 | |
| Stephanie Fr | $260.00 | | | | Venmo balance | |
| | ($260.00) | | ($2.60) | | Mastercard *0020 | |
| | ($130.00) | | ($1.30) | | Visa *5626 | |
| Pindi Dhillon | ($90.00) | | | | Mastercard Debit *0020 | |

| Ending Balar | Statement P | Terminal Loc | Year to Date | Disclaimer |
|---|---|---|---|---|
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| $0.00 | $17.60 | | $17.60 | In case of |