UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              Chapter 13

                                                    Bankruptcy No. 21-11319-mdc

Stephanie T. Fryer

                    Debtor

## CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this _____ day of _____, 2021, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case, the court shall not grant a discharge in the instant case.

Date: 09-09-2021

_____
Stephanie T. Fryer
Debtor

_____
Michael A. Cataldo, Esquire
Attorney for Debtor

/s/ LeeAne O. Huggins
_____
LeeAne Huggins, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUTPCY JUDGE

MICHAEL A. CIBIK
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Stephanie T. Fryer
116 Lincoln Avenue
Yeadon, PA 19050

1