United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                           Case No. 21-11319-mdc

Stephanie T. Fryer                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                  Page 1 of 2

Date Rcvd: Sep 13, 2021                         Form ID: pdf900                          Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie T. Fryer, 116 Lincoln Avenue, Yeadon, PA 19050-2933 |
| 14632157 | + | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14606557 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14606558 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14606563 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14610764 | + | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14610848 | + | PNC Mortgage, a Division of PNC Bank, National Ass, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14606565 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14606567 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2021 23:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2021 23:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14606554 | | Email/Text: megan.harper@phila.gov | Sep 13 2021 23:38:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14606555 | | Email/Text: megan.harper@phila.gov | Sep 13 2021 23:38:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14606552 | + | Email/Text: ecf@ccpclaw.com | Sep 13 2021 23:38:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14606556 | + | Email/Text: bankruptcy@philapark.org | Sep 13 2021 23:38:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14632157 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 13 2021 23:38:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14606559 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2021 23:38:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14606562 | + | Email/PDF: pa_dc_claims@navient.com | Sep 13 2021 23:46:41 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 14606561 | + | Email/PDF: pa_dc_claims@navient.com | Sep 13 2021 23:46:41 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes-Barre, PA 18773-9500 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14611263 | | Email/PDF: pa_dc_claims@navient.com | Sep 13 2021 23:46:36 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14623024 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2021 23:38:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14606566 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2021 23:38:00 | PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Maimisburg, OH 45342 |
| 14606564 | + | Email/Text: bankruptcy@philapark.org | Sep 13 2021 23:38:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14606553 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14606560 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, 600 Arch St Rm 5200, Phila PA 19106 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK2 | on behalf of Debtor Stephanie T. Fryer ecf@ccpclaw.com igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  
Stephanie T. Fryer  
Debtor

Chapter 13  
Bankruptcy No. 21-11319-mdc

## CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this 13th day of September, 2021, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case, the court shall not grant a discharge in the instant case.

Date: 09-09-2021

Stephanie T. Fryer  
Debtor

Michael A. Cataldo, Esquire  
Attorney for Debtor

/s/ LeeAne O. Huggins  
LeeAne Huggins, Esquire  
for William C. Miller, Esquire  
Chapter 13 Standing Trustee

BY THE COURT

MAGDELINE D. COLEMAN  
CHIEF U.S. BANKRUPTCY JUDGE

MICHAEL A. CIBIK  
Cibik & Cataldo, P.C.  
1500 Walnut Street  
Suite 900  
Philadelphia, PA 19102

Stephanie T. Fryer  
116 Lincoln Avenue  
Yeadon, PA 19050