**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:  **Stephanie T. Fryer**                                                                                    CASE NO  **21-11319MDC13**

                                                                                                                                              CHAPTER  **13**

*AMENDED 10/4/2021*
**VERIFICATION OF CREDITOR MATRIX**

   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

                                                                           /s/ Michael A. Cibik, Esquire
                                                                           *Michael A. Cibik, Esquire*
                                                                           *23110*
                                                                           *Cibik Law, P.C.*
                                                                           *1500 Walnut Street, Suite 900*
                                                                           *Philadelphia, PA 19102*
                                                                           *(215) 735-1060*

```
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102



City of Philadelphia
Bankruptcy Unit
15th Floor
1515 Arch Street
Philadelphia, PA 19102

City of Philadelphia
Major Tax Unit/Bankruptcy Dept.
1401 JFK Blvd, Room 580
Philadelphia, PA 19102


City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101


ECMC
PO Box 16408
Saint Paul, MN 55116



Equifax
P.O. Box 740241
Atlanta, GA 30374



Experian
Profile Maintenance
P.O. Box 9558
Allen, Texas 75013


I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346



IRS
600 Arch St Rm 5200
Phila PA 19106
```

Navient Solutions, LLC
Attn: Claims Dept
PO Box 9500
Wilkes-Barre, PA 18773


PA Dept. of Revenue
Bureau of Individual Taxes
Dept. 280601
Inheritance Tax Division
Harrisburg, PA 17128

PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106


Philadelphia Traffic Court
Hon. Gary Glazer
800 Spring Garden Street
Philadelphia, PA 19123


PNC Bank, N.A.
Attn: Bankruptcy Department
3232 Newmark Drive
Maimisburg, OH 45342


Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245



Trans Union Corporation
Public Records Department
555 West Adams Street
Chicago, IL 60661