United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 21-11319-mdc
Stephanie T. Fryer | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 18, 2021     Form ID: 155     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie T. Fryer, 116 Lincoln Avenue, Yeadon, PA 19050-2933 |
| 14632157 | + | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14606557 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14606558 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14606563 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14610764 | + | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14610848 | + | PNC Mortgage, a Division of PNC Bank, National Ass, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14606565 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14640946 | + | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14606554 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14606555 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14606552 | + | Email/Text: ecf@ccpclaw.com | Nov 18 2021 23:32:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14606556 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2021 23:32:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14606559 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2021 23:32:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14606562 | + | Email/PDF: pa_dc_claims@navient.com | Nov 18 2021 23:32:02 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 14606561 | + | Email/PDF: pa_dc_claims@navient.com | Nov 18 2021 23:32:02 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14611263 | | Email/PDF: pa_dc_claims@navient.com | Nov 18 2021 23:32:02 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14623024 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2021 23:32:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14606566 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2021 23:32:00 | PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Maimisburg, OH 45342 |
| 14606564 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2021 23:32:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |

Case 21-11319-mdc   Doc 44   Filed 11/20/21   Entered 11/21/21 00:30:50   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 155 | Total Noticed: 22 |

| 14640946 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2021 23:32:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14606567 | Email/Text: DASPUBREC@transunion.com | Nov 18 2021 23:32:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14641258 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 18 2021 23:31:57 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14606553 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14606560 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, 600 Arch St Rm 5200, Phila PA 19106 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Stephanie T. Fryer mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stephanie T. Fryer
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11319−mdc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this November 18, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

42 − 10
Form 155