IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: STEPHANIE FRYER,

Debtor(s).

Case No. 21-11319MDC13

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___21st___ day of _____November_____ 2021, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE