## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie T. Fryer aka Stephanie Fryer Henriques<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br>Stephanie T. Fryer aka Stephanie Fryer Henriques<br>　　　　　　　Debtor(s)<br>Kenneth E. West Esq.<br>　　　　　　　Trustee | NO. 21-11319 MDC |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **04/10/2023**.

Dated: April 27, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington
　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com