UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    STEPHANIE T. FRYER

               Debtor

Chapter 13

Bankruptcy No. 21-11319-AMC

## CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 31st day of October, 2024 by first class mail upon those listed below:

STEPHANIE T. FRYER
116 LINCOLN AVENUE
YEADON, PA 19050

**Electronically via ECF/System ONLY:**

CIBIK LAW, P.C.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA 19107

                                              */s/ Kenneth E. West, Esq.*
                                              Kenneth E. West, Esq.
                                              Standing Chapter 13 Trustee