# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Stephanie T. Fryer,<br><br>*Debtor*. | Chapter 13<br>Case No. 21-11319-AMC |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 56, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 62) is **approved**.

**Date:**

**Date: February 27, 2025**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge