## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Stephanie T. Fryer aka Stephanie Fryer Henriques** | **BK NO. 21-11319 DJB** |
| **Debtor(s)** | **Chapter 13** |
| **PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION** | |
| **Movant** | |
| **vs.** | |
| **Stephanie T. Fryer aka Stephanie Fryer Henriques** | |
| **Debtor(s)** | |
| **Kenneth E. West Esq.** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 3/21/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief
- Notice of Motion
- Proposed Order
- Loan Documents

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 3/21/2025

**/s/ Denise Carlon**
**Denise Carlon,** Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Stephanie T. Fryer aka Stephanie Fryer Henriques<br>116 Lincoln Avenue<br>Yeadon, PA 19050 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik2 Esq.<br>1500 Walnut Street, Suite 900<br>(VIA ECF)<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West Esq.<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |