# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Stephanie T. Fryer,<br><br>*Debtor*. | Chapter 13<br>Case No. 21-11319-AMC |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, and on the parties listed below by first class mail.

- Corrected Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date
- Corrected Proposed Order

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128

Dated: May 14, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com