**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Stephanie T. Fryer, | Chapter 13 |
| | Case No. 21-11319-AMC |
| *Debtor*. | |

**AMENDED CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on May 14, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Corrected Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date
- Corrected Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: June 11, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128
Method of Service: First Class Mail

**PNC Bank, N.A.**
3232 Newmark Drive
Miamisburg, OH 45342
Method of Service: CM/ECF