**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie T. Fryer aka Stephanie Fryer Henriques <br>    Debtor | Chapter 13 |
| PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION <br>    Moving Party <br>  vs. | NO. 21-11319 DJB |
| Stephanie T. Fryer aka Stephanie Fryer Henriques <br>    Debtor | 11 U.S.C. Section 362 |
| and Kenneth E. West Esq. <br>    Trustee | |

**CERTIFICATION OF DEFAULT**

I, Matthew Fissel, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated February 19, 2026, was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

March 19, 2026

/s/ Matthew Fissel
Matthew Fissel, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mfissel@kmllawgroup.com