**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET, SUITE 5000**
**PHILADELPHIA, PA 19106**
**www.kmllawgroup.com**

February 19, 2026

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

RE:   **NOTICE OF DEFAULT UNDER COURT-APPROVED STIPULATION**
      PNC Mortgage, a Division of PNC Bank, National Association vs. Stephanie T. Fryer aka Stephanie
      Fryer Henriques
      Case No. 21-11319 DJB
      Last 4 Digits of Loan No. 3140

Dear Sir or Madam:

   Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of December 2025 through February 2026 in the amount of $1,650.68 per month;

**The total due is $4,952.04 and must be received on or before March 6, 2026.**

- The monthly payment for March 2026, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

   If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

                                        KML Law Group, P.C.
                                        /s/ Matthew Fissel
                                        Matthew Fissel, Esq.
                                        KML Law Group P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        215-627-1322

cc:   Stephanie T. Fryer aka Stephanie Fryer Henriques