# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie T. Fryer aka Stephanie Fryer Henriques <br> <div align=right>Debtor</div> | BK NO. 21-11319 DJB <br><br> Chapter 13 |
| PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION <br> <div align=right>Movant</div> <br> vs. | 11 U.S.C. Section 362 |
| Stephanie T. Fryer aka Stephanie Fryer Henriques <br> <div align=right>Debtor</div> | |
| Kenneth E. West <br> <div align=right>Trustee</div> | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on <u>March 19, 2026</u>, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default
- Exhibits
- Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: <u>March 19, 2026</u>

<div align=right>

/s/ Matthew Fissel
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

</div>

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Stephanie T. Fryer aka Stephanie Fryer Henriques<br>116 Lincoln Avenue<br>Yeadon, PA 19050 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other _____<br>(as authorized by the court *) |
| Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other _____<br>(as authorized by the court *) |
| Kenneth E. West, Esq.<br>Office of the Chapter 13<br>Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other _____<br>(as authorized by the court *) |