United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 21-11319-djb

Stephanie T. Fryer                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                        User: admin                                        Page 1 of 3

Date Rcvd: Apr 02, 2026                                Form ID: pdf900                                Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie T. Fryer, 116 Lincoln Avenue, Yeadon, PA 19050-2933 |
| 14606563 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14610848 | + | PNC Mortgage, a Division of PNC Bank, National Ass, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14606565 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 00:21:00 | PNC BANK, PO BOX 94982, CLEVELAND, OH 44101 |
| 14606554 | | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14606555 | | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14606552 | + | Email/Text: ecf@ccpclaw.com | Apr 03 2026 00:21:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14606556 | + | Email/Text: bankruptcy@philapark.org | Apr 03 2026 00:22:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14632157 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 03 2026 00:21:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14606557 | | Email/Text: bankruptcycourts@equifax.com | Apr 03 2026 00:21:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14606558 | ^ | MEBN | Apr 03 2026 00:19:19 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14606559 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2026 00:21:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14606562 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 03 2026 00:31:04 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 14606561 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 03 2026 00:30:54 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14611263 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 02, 2026 | Form ID: pdf900 | Total Noticed: 25

| | | Apr 03 2026 00:30:44 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14623024 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 00:21:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14606566 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 00:21:00 | PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Maimisburg, OH 45342 |
| 14610764 | ^ MEBN | Apr 03 2026 00:19:29 | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14606564 | + Email/Text: bankruptcy@philapark.org | Apr 03 2026 00:22:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14640946 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 03 2026 00:22:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14606567 | Email/Text: DASPUBREC@transunion.com | Apr 03 2026 00:21:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14641258 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 03 2026 00:31:03 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14829722 | | Sallie Mae P.O. Box 3319 Wilmington DE 19804 |
| 14606553 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14606560 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, 600 Arch St Rm 5200, Phila PA 19106 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 04, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:

Name | Email Address

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

District/off: 0313-2 · · · · · · · · · · · · · · · · · User: admin · · · · · · · · · · · · · · · · · Page 3 of 3

Date Rcvd: Apr 02, 2026 · · · · · · · · · · · · · Form ID: pdf900 · · · · · · · · · · · · · Total Noticed: 25

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

MICHAEL A. CIBIK

on behalf of Debtor Stephanie T. Fryer help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

STEPHANIE  T. FRYER

Debtor

Chapter 13

Bankruptcy No. 21-11319-DJB

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 2, 2026**

_____

Honorable Derek J. Baker
Bankruptcy Judge